IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TROY WAYNE FLETCHER**                                                    **PLAINTIFF**

v.           Civil No. 10-5035

**SHERIFF KEITH FERGUSON;
CAPT. ROB HOLLY; LT.
CARTER; SGT. VAUGHN; SGT.
TORRES; DEPUTY FREEMAN;
CPL. JOHNSTON; and DR.
JOHN HUSKINS**                                                            **DEFENDANTS**

O R D E R

Now on this 2nd day of October, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #48), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this case is **dismissed with prejudice**.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**